UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDRETTE HENVILL,

                Plaintiff,                      PETITION FOR
                                                          REMOVAL
   -against-

                                                               Jury Trial Demanded

GREYHOUND LINES, INC., JAMES D. McMILLAN,
SHORT LINES BUS TOURS, INC., A/K/A SL BUS         Docket No.:
TOUSS, INC., AND MARK SUCKY,                          07 CV 5803 (CM)

                             Defendants.               ECF CASE
------------------------------------------------------------------------X

     Defendants, Greyhound Lines, Inc., and JAMES D. McMILLAN, petitioner for the removal of this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court, Southern District of New York, respectfully shows this Honorable Court:

     **FIRST:**    Plaintiff commenced an action against the above named Defendants in a Civil Action brought against it in the Supreme Court of the State of New York, County of Bronx, entitled:

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX**
------------------------------------------------------------------------X
**ANDRETTE HENVILL,**

                **Plaintiff,**                      **Index No. 15125/07**

   -against-

**GREYHOUND LINES, INC., JAMES D. McMILLAN,
SHORT LINES BUS TOURS, INC., A/K/A SL BUS
TOUSS, INC., AND MARK SUCKY,**

                **Defendants.**
------------------------------------------------------------------------X

A copy of the Summons and Complaint in this action is annexed hereto as **Exhibit "A"** and made a part hereof and upon information and belief, constitute all process, pleadings and orders allegedly served upon any party in this action.

**SECOND:** Upon information and belief, Defendant Greyhound Lines Inc. was served with process on or around May 22, 2007 through the Secretary of the State of New York.

**THIRD:** This is an action of civil nature in which the District Courts of the United States have been given original jurisdiction in that there exists diversity of citizenship between the plaintiff and the defendant and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs. Plaintiff's Complaint does not specify the amount of damages because under NY State CPLR Section 3017(c), a plaintiff in a personal injury matter filed in the Supreme Court of the State of New York is not permitted to assert the damages amount in the Complaint. Before submitting these removal papers, your Affirmant reviewed extensive medical records concerning this plaintiff. Plaintiff's medical records reveal that plaintiff is claiming herniated discs in both the lumbar and cervical spines. These injuries, if proven, could result in a jury award in excess of $75,000. Accordingly, there exists original jurisdiction in the District Courts of the United States as provided in 28 U.S.C. Section 1332.

**FOURTH:** Under the provisions of 28 U.S.C. Section 1441, the right exists to remove this Civil Action from the Supreme Court of the State of New York, County of Bronx to the United States District Court for the Southern District of New York, which embraces the place where this action is pending.

**FIFTH:** This action involves a controversy between citizens of different states. The plaintiff is now and was at commencement of the action a citizen and resident of the State

of New York. The defendant, Greyhound Lines, Inc. is currently and on the accident date a Texas Corporation, at all times having its principal place of business in Dallas, Texas and was incorporated in the State of Delaware. Short Line Bus Tours, Inc., a/k/a/ SL Bus Tours, Inc., is incorporated in the State of New Jersey. Defendant James D. McMillan is a resident of New Jersey. Defendant Mark Sucky is, upon information and belief, a resident of New Jersey.

**SIXTH:** In accordance with the requirements of 28 U.S.C. Section 1446 this Petition for Removal is filed within thirty (30) days after the service of the Summons and Complaint on the defendant.

**SEVENTH:** Pursuant to the provisions of 28 U.S.C. Section 1446, defendant attaches herewith and incorporates herein by reference copies of the following items served in this action:

a) Plaintiff's Summons and Complaint against defendant, for damages filed in the Supreme Court of the State of New York, County of Bronx, bearing index number 15125/07 marked as **Exhibit "A"**.

**EIGHTH:** By reason of the foregoing, defendant desires and is entitled to have this action removed from the Supreme Court of the State of New York, County of Bronx to the United States District Court for the Southern District of New York, such being the District where said suit is pending.

**NINTH:** Concurrent with the filing and service of this Petition for Removal, Defendant is serving this Petition for Removal upon the plaintiff's attorney, and filing a copy of this Petition for Removal with the clerk of the Court for the Supreme Court of the State of New York, County of Bronx.

**WHEREFORE**, defendants pray that the above entitled action now pending against it in the Supreme Court of the State of New York, County of Bronx, be removed therefrom that Court.

Dated: Albertson, New York
      June 18, 2007

                By:        /s/
                    BRIAN DONNELLY, ESQ. (BJD- 4759)
                    Ahmuty, Demers & McManus, Esqs.
                    Attorneys for Defendants
                    GREYHOUND LINES, INC. and
                    JAMES D. McMILLAN
                    200 I.U. Willets Road
                    Albertson, New York  11507
                    (516) 294-5433
                    Our File No.:  GRH0683N7BJD