UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
ANDRETTE HENVILL,

|  |  |  |
|---|---|---|
|  | Plaintiff, | STATEMENT PURSUANT TO |
| -against- |  | <u>RULE 7.1</u> |
| GREYHOUND LINES, INC., JAMES D. McMILLAN, SHORT LINES BUS TOURS, INC., A/K/A SL BUS TOUSS, INC., AND MARK SUCKY, |  | Jury Trial Demanded<br><br>Docket No.<br>07 CV 5803 (CM) |
|  | Defendants. |  |

---------------------------------------------------------------------------X                 ECF CASE

     Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, GREYHOUND LINES, INC., a private non-governmental party, certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

     Laidlaw International, Inc.
     Laidlaw Transportation Holdings, Inc.
     American Bus Sales Associates, Inc.
     Americanos U.S.A., L.L.C.
     Autobuses Americanos, S.A. de C.V.
     Autobuses Amigos, L.L.C.
     Autobuses Amigos, S.A. de C.V.
     Autobuses Crucero, S.A. de C.V.
     Gateway Ticketing Systems, Inc.
     Gonzalez, Inc. d/b/a Golden State Transportation
     Greyhound Transit Ltd.
     Omnibus Americanos, S.A. de C.V.
     Transportation Realty Income Partners, L.P.
     Union Bus Station of Oklahoma City, Oklahoma
     Wilmington United Bus Station Corporation

Dated: Albertson, New York
       June 18, 2007

                       By:         /s/
                            BRIAN DONNELLY, ESQ. (BJD- 4759)
                            Ahmuty, Demers & McManus, Esqs.
                            Attorneys for Defendants, GREYHOUND LINES, INC.
                            and JAMES D. McMILLAN
                            200 I.U. Willets Road
                            Albertson, New York  11507
                            (516) 294-5433
                            Our File No.:  GRH0683N7 BJD