**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK )

                       : SS.:

COUNTY OF NEW YORK )

        CHRISTINE LOCKLIN, being duly sworn deposes and says that deponent is not a party

to this action is over 18 years of age and resides in East Islip, New York.

        That on the 19th day of June, 2007 deponent serve the within STATEMENT PURSUANT

TO RULE 7.1 and PETITION FOR REMOVAL upon:

JAY H. TANENBAUM
ATTORNEY FOR PLAINTIFF
110 WALL STREET, 16TH FLOOR
NEW YORK, NEW YORK 10005

the attorneys for the respective party, hereto at the address designated by them for that purpose,

by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an

official depository under the exclusive care and custody of the United States Post Office

Department within the State of New York.

CHRISTINE LOCKLIN

SWORN BEFORE ME THIS
19th DAY OF JUNE, 2007

THERESA FIELDS
Notary Public, State of New York
No. 24-5091121
Qualified in Kings County
Commission Expires April 12, 2011