STATE OF NEW YORK)

: SS.:

COUNTY OF NEW YORK)

BRIAN DONNELLY, being duly sworn, deposes and says:

That he is a member of the law firm of AHMUTY, DEMERS & McMANUS, the attorneys for the defendants, GREYHOUND LINES, INC., and JAMES D. McMILLAN, in the above entitled action; that he has read and knows the contents of the foregoing VERIFIED ANSWER and that same is true to his own knowledge, except as to those matters therein stated to be alleged on information and belief and that as to those matters he believes it to be true.

Deponent further says that the grounds for his belief as to all matters therein stated upon information and belief are statements made to him by the defendant and papers and documents received by deponent from the defendant or its representative and which are now in his possession.

Deponent further says that the reason why this verification is made by deponent and not by the defendant is that defendant is not within the County of New York, where deponent has his office.

_____

BRIAN J. DONNELLY

Sworn To Before Me This
30th day of June, 2007

THERESA FIELDS
Notary Public, State of New York
No. 24-5011121
Qualified in Kings County
Commission Expires April 12, 20__