UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDRETTE HENVILL,                                                                    DEMAND FOR
                                                                                                      <u>JURY</u>

                            Plaintiff,

      -against-

                                                      Jury Trial Demanded

GREYHOUND LINES, INC., JAMES D. McMILLAN,
SHORT LINES BUS TOURS, INC., A/K/A SL BUS                              Docket No.:
TOUSS, INC., AND MARK SUCKY,                                                       07 CV 5803 (CM)

                               Defendants.                                      ECF CASE
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that the undersigned demands a trial by a jury composed of 6 persons in the above entitled action.

Dated: New York, New York
       June 20, 2007

                              By:       /s/
                                     BRIAN J. DONNELLY, ESQ.
                                     AHMUTY, DEMERS & McMANUS, ESQS.
                                     Attorneys for Defendants
                                     GREYHOUND LINES, INC., and
                                     JAMES D. McMILLAN
                                     200 I.U. Willets Road
                                     Albertson, New York 11507
                                     (516) 294-5433
                                     Our File No.: GRH 0683N7 BJD