## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )

                    : SS.:

COUNTY OF NEW YORK )

        CHRISTINE LOCKLIN, being duly sworn deposes and says that deponent is not a party to this action is over 18 years of age and resides in East Islip, New York.

        That on the 21st day of June, 2007 deponent serve the within VERIFIED ANSWER, DEFENDANT'S FIRST DEMAND FOR INTERROGATORIES, DEMAND FOR COLLATERAL SOURCE INFORMATION, DEMAND FOR EXPERT WITNESS INFORMATION, DEMAND FOR INSURANCE INFORMATION, NOTICE DECLINING SERVICE BY FACSIMILE, NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION, NOTICE FOR DISCOVERY AND INSPECTION, DEMAND FOR MEDICALS, DEMAND FOR ATTORNEY IDENTIFICATION and DEMAND FOR JURY upon:

JAY H. TANENBAUM
ATTORNEY FOR PLAINTIFF
110 WALL STREET, 16TH FLOOR
NEW YORK, NEW YORK 10005

the attorneys for the respective party, hereto at the address designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

CHRISTINE LOCKLIN

SWORN BEFORE ME THIS
21st DAY OF JUNE, 2007

ALYCIA KATHERINE STEVENSON
Notary Public, State of New York
No. 02ST6147344
Qualified in Nassau County
Commission Expires May 30, 20 10