LAW OFFICES OF
JAY H. TANENBAUM
110 WALL STREET
NEW YORK, N.Y. 10005

PHONE (212) 422-1765  
FAX (212) 425-7492

September 14, 2007

**APPLICATION GRANTED** 9/17/07

*Via First Class Mail & Facsimile: 212-805-6326*
Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Andrette Henvill v. Greyhound Lines, Inc. et al.
Docket No: 07 CV 5803 (CM)
Our File No.: 06J-0108

Dear Judge McMahon:

Within the last few hours, Mr. Donnelly and myself have commenced some type of friendly settlement negotiations.

My client is having arthroscopic surgery on September 17, 2007 and upon receiving the medical documents, they will be sent to Mr. Donnelly with the intentions of an amicable resolution.

Additionally, I respectfully ask for an extension of your pretrial order, which Mr. Donnelly has informed me he will not object, to.

Very truly yours,

RICHARD SULZMAN

RS/ep
Brian Donnelly, Esq.