Memo End'd

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANDRETTE HENVILL,

                Plaintiff,

-against-

GREYHOUND LINES, INC., JAMES D.
MCMILLAN, SHORT LINE BUS TOURS, INC.
A/K/A SL BUS TOUSS, INC. ANDMARK SUCKY,

                Defendants.
-----------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Docket No.: 07 CV 5803 (CM)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinue with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:     NEW YORK, NEW YORK
            December 3, 2007

_____
JAY H. TANENBAUM
LAW OFFICES OF JAY H. TANENBAUM
Attorneys for Plaintiff(s)
ANDRETTE HENVILL
110 Wall Street, 16th Floor
New York, New York 10005
(212) 422-1765
Our File No. 06J-0108

_____
Ahmuty, Demers & McManus
Attorneys for Defendant(s)
GREYHOUND LINES, INC., JAMES D.
MCMILLAN, SHORT LINE BUS TOURS,
INC. A/K/A SL BUS TOUSS, INC.
ANDMARK SUCKY
200 I.U. Willets Road
Albertson, New York 11507

1/4/2008

So ordered.

Colleen McMahon
USDJ